United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 15, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60787
Summary Calendar

MORTAZA NASSIRAN,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A74 085 447

Before JONES, Chief Judge, and KING and DENNIS, Circuit Judges.

PER CURIAM:[*]

Mortaza Nassiran, a native and citizen of Iran, appeals the Board of Immigration Appeals (BIA) decision affirming the Immigration Judge's denial of his application for cancellation of removal under 8 U.S.C. § 1229b. Because cancellation of removal is governed by 8 U.S.C. § 1229b, the jurisdictional bar of 8 U.S.C. § 1252(a)(2)(B)(I) applies in the instant case. This court lacks jurisdiction to review the Attorney General's discretionary decision regarding cancellation of removal. See Wilmore v.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>Gonzales</u>, 2006 WL 1828644, ___ F.3d ___ (5th Cir. July 5, 2006); <u>Rueda v. Ashcroft</u>, 380 F.3d 831, 831 (5th Cir. 2004); 8 U.S.C. § 1229b(b); 8 U.S.C. § 1252(a)(2)(B)(I).  The petition for review is **DISMISSED**.